IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARAD CORP., <br><br> Plaintiff <br><br> v. <br><br> MEDIVIS, INC., <br><br> Defendant. | C.A. No. 21-1447-VAC-MPT |

**AMENDED SCHEDULING ORDER**

WHEREAS, on August 16, 2022, the Court held a discovery teleconference on Plaintiff's Motion for Discovery Conference (D.I. 38).  During the teleconference, the Court ordered certain amendments to the Scheduling Order (D.I. 27) and ordered the parties to submit an amended scheduling order;

WHEREFORE, IT IS SO ORDERED that the Scheduling Order (D.I. 27) is amended as follows:

| Event | Scheduling Order (D.I. 27) | Amended Schedule |
|---|---|---|
| Each party shall produce at least 50% of its production documents as part of fact discovery | n/a | October 3, 2022 |
| Each party shall produce at least 75% of its production documents as part of fact discovery | December 1, 2022 | December 1, 2022 |
| Parties shall meet and confer regarding Joint Claim Construction Chart | Before filing of the Chart | December 16, 2022 |
| Joint Claim Construction Chart Filed With Court | August 30, 2022 | January 4, 2023 |
| Plaintiff's Opening Claim Construction Brief | September 9, 2022 | January 20, 2023 |

| Event | Scheduling Order (D.I. 27) | Amended Schedule |
|---|---|---|
| Defendant's Answering Claim Construction Brief | September 30, 2022 | February 10, 2023 |
| Reply Claim Construction Brief | October 19, 2022 | February 24, 2023 |
| Sur-Reply Claim Construction Brief | November 9, 2022 | March 8, 2023 |
| Filing of Joint Claim Construction Brief | November 18, 2022 | March 15, 2023 |
| Status Report | February 15, 2023 | March 22, 2023 |
| Status Conference | March 10, 2023 | TBD |

No other deadlines in the Scheduling Order shall be affected by this Order, unless otherwise agreed to by the parties and ordered by the Court.

IT IS SO ORDERED this 26th day of August, 2022.

/s/ /s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge

2