IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARAD CORP., <br><br> Plaintiff, <br><br> v. <br><br> MEDIVIS, INC., <br><br> Defendant. | Civil Action No. 21-1447-GBW |

**DEFENDANT MEDIVIS, INC.'S MOTION TO STAY
PENDING COMPLETION OF *INTER PARTES* REVIEWS**

Defendant Medivis, Inc., moves to stay this case pending the completion of *Inter Partes* Review (IPR) of Plaintiff Novarad's two patents-in-suit—U.S. Patent Nos. 10,945,807 (the '807 Patent) and 11,004,271 (the '271 Patent)—including any applicable appeals of the two IPRs. The grounds for this motion are fully set forth in Medivis's opening brief, filed contemporaneously.

Medivis respectfully requests that the Court grant this motion and enter the attached proposed order.

Dated:  October 25, 2022

OF COUNSEL:

Erik Paul Belt
John Curran
MCCARTER & ENGLISH, LLP
265 Franklin Street
Boston, Massachusetts 02110
(617) 449-6500
ebelt@mccarter.com
jcurran@mccarter.com

MCCARTER & ENGLISH, LLP

/s/ Brian R. Lemon
Brian R. Lemon (#4730)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
blemon@mccarter.com
ajoyce@mccarter.com

*Attorneys for Defendant Medivis, Inc.*

ME1 42967736v.1